# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| MARIO REED, | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:24-cv-02877-SHL-atc |
| MEMPHIS MEDICAL DISTRICT APARTMENTS, GP.; HENRY TURLEY COMPANY; HENRY TURLEY COMPANY, LLC; AND COMMUNITY CAPITAL, LLC D/B/A COMCAP PARTNERS, | ) ) ) ) ) |
|    Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed November 13, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Joint Stipulation of Dismissal with Prejudice (ECF No. 33), filed June 16, 2025, all claims by Plaintiff against Defendants are **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

June 16, 2025
Date